IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEONDRAY RAYMOND MASON, #02198087, | § § | |
| PETITIONER, | § § | |
| v. | § | CIVIL CASE NO. 3:23-CV-1636-D |
| | § | |
| STATE OF TEXAS, | § § | |
| RESPONDENT. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on August 28, 2023 (ECF No. 7). The undersigned district judge has conducted *de novo* review and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge. Petitioner's August 21, 2023 motion (ECF No. 6) is therefore denied.

**SO ORDERED**.

December 7, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE